UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLADYS WALTERMAN and ) <br> OSCAR WALTERMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DUDLEY GLOSSIP, JR., and ) <br> MELTON TRUCK LINES, INC., ) <br> ) <br> Defendants. ) | Case No. 4:06CV00032 AGF <br> CONSOLIDATED |

## ORDER

**IT IS HEREBY ORDERED** that the motion [Doc. #21] to substitute parties is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion [Doc. #23] to file the proposed amended complaint submitted on May 10, 2006, is **DENIED**. Plaintiffs shall have twenty days from the date of this Order to file a new amended complaint that properly reflects the above substitution of parties, and properly reflects the consolidation of cases.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of May, 2004.