UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLADYS WALTERMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:06CV00032 AGF |
| | ) Consolidated |
| DUDLEY GLOSSIP, JR., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER AMENDING CASE MANAGEMENT ORDER

This matter is before the Court on the parties' Joint Motion for Amendment to the Scheduling Order [Doc. #37], filed on October 16, 2006. Good cause having been shown for the proposed amendments,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Amendment to the Scheduling Order [Doc. #37] is **GRANTED**, such that the deadlines for the disclosure and deposition of expert witnesses, the completion of discovery, the completion of the mediation conference, and the filing of case dispositive and Daubert motions, shall all be extended as set forth in the proposed Amended Case Management Order attached to the parties' motion. [Doc. #37, Ex. A].

**IT IS FURTHER ORDERED** that the trial date shall be continued to **Monday, April 9, 2007, at 9:00 a.m.** This is a two-week docket.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of October, 2006.